

FILED
CLERK, U.S. DISTRICT COURT

OCT - 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ABRAHAM GARCIA-VILLASEÑOR<br><br>    Defendant. | Case No.: 12-2338 M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __S.D. CAL__ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __alleged re-entry into US in violation of conditions of SR; no verified background info or bail resources__

```
 1  _____
 2  _____
 3  _____
 4       and/or
 5  B.   ( )  The defendant has not met his/her burden of establishing by
 6            clear and convincing evidence that he/she is not likely to pose
 7            a danger to the safety of any other person or the community if
 8            released under 18 U.S.C. § 3142(b) or (c).  This finding is based
 9            on:_____
10       _____
11       _____
12       _____
13
14       IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:    10/9/12
18
19                              _____
20                              UNITES STATES MAGISTRATE JUDGE
```

2